ORIGINAL
RECEIVED
JUN 21 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of THE REPUBLIC OF ECUADOR and DR. DIEGO GARCÍA CARRIÓN, The Attorney General of the Republic of Ecuador,<br><br>Plaintiff,<br><br>v.<br><br>For the Issuance of a Subpoena to Dr. MICHAEL A. KELSH,<br><br>Defendant. | CV 11 80171 MISC SI<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Nicole Y. Silver                     , whose business address and telephone number is

Winston & Strawn, LLP, 1700 K Street, NW, Washington, DC 20006, 202-282-5946

and who is an active member in good standing of the bar of the District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the above-referenced Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  Sept. 14, 2011

IT IS SO ORDERED
Judge Charles R. Breyer