RECEIVED  ORIGINAL

JUL 21 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Application of THE REPUBLIC OF ECUADOR and DR. DIEGO GARCIA CARRIÓN, The Attorney General of the Republic of Ecuador,

Plaintiff,

v.

For the Issuance of a Subpoena to Dr. MICHAEL A. KELSH,

Defendant.

CV 11 80 171 CASE NO.

SI

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Eric P. Gotting, whose business address and telephone number is Winston & Strawn, LLP, 1700 K Street, NW, Washington, DC 20006, 202-282-5776

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the above-referenced Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Sept. 14, 2011

IT IS SO ORDERED
Judge Charles R. Breyer