RECEIVED ORIGINAL

JUL 2 1 2011

IN THE UNITED STATES DISTRICT COURT
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Application of THE REPUBLIC OF
ECUADOR and DR. DIEGO GARCIA
CARRIÓN, The Attorney General of the
Republic of Ecuador,

        Plaintiff,

    v.

For the Issuance of a Subpoena to Dr.
MICHAEL A. KELSH,

        Defendant.

CV 11 80 171 MISC

CASE NO.

SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Eric W. Bloom              , whose business address and telephone number is

Winston & Strawn, LLP, 1700 K Street, NW, Washington, DC 20006, 202-282-5743

and who is an active member in good standing of the bar of  the District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  the above-referenced Plaintiffs.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:    Sept. 14, 2011



IT IS SO ORDERED

Judge Charles R. Breyer

*(left margin)* United States District Court  For the Northern District of California