**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re the Application of:<br><br>THE REPUBLIC OF ECUADOR and DR. DIEGO GARCIA CARRION,<br><br>     Applicants,<br><br>For the Issuance of a Subpoena Under 28 U.S.C. § 1782 to Dr. MICHAEL A. KELSH for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding.<br><br>─────────────────────────<br><br>AND RELATED CASES | Case No. 11-mc-80171 CRB (NC)<br><br>**ORDER RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DR. MICHAEL A. KELSH**<br><br>Re: Dkt. No. 40<br><br>Related Cases:<br><br>10-mc-80324 CRB (NC)<br>10-mc-80087 CRB (NC)<br>11-mc-80110 CRB (NC)<br>11-mc-80225 CRB (NC)<br>11-mc-80172 CRB (NC) |

   Hearing on the Republic of Ecuador's Motion to Compel Documents from Dr. Kelsh (Dkt. No. 40) will be held at 1:30 p.m. on Wednesday, December 21, 2011, in the San Jose Courthouse, 280 S. First Street, Courtroom 5, 4th Floor. Counsel may appear telephonically by advance notice to Courtroom Deputy Lili Harrell, 415.522.2039.

   The Republic's request to extend the deposition of Dr. Kelsh beyond seven hours is denied without prejudice.

   The Court expects that it will grant the Republic's request that the Court conduct an in camera review of documents identified on Respondents' privilege log.

   It appears, however, that the parties have not "met and conferred" concerning

many of Respondents' objections. *See, e.g.,* Dkt. No. 42 at 12, n. 9-10. The parties are to confer further before the hearing concerning the Republic's objections to entries on the privilege log. Respondents shall appear at the hearing prepared to submit an electronic copy of all documents identified on the privilege log.


　　　　IT IS SO ORDERED.

　　　　DATED: December 12, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-mc-80171 CRB (NC)
ORDER RE: MOTION TO COMPEL