**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re the Application of: | Case No. 11-mc-80171 CRB (NC) |
| THE REPUBLIC OF ECUADOR and DR. DIEGO GARCIA CARRION, | **INTERIM ORDER RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DR. MICHAEL A. KELSH** |
| Applicants, | |
| | Re: Dkt. No. 40 |
| For the Issuance of a Subpoena Under 28 U.S.C. § 1782 to Dr. MICHAEL A. KELSH for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding. | Related Cases: |
| | 10-mc-80324 CRB (NC) |
| | 10-mc-80087 CRB (NC) |
| | 11-mc-80110 CRB (NC) |
| AND RELATED CASES | 11-mc-80225 CRB (NC) |
| | 11-mc-80172 CRB (NC) |

Applicants the Republic of Ecuador and Dr. Diego Garcia Carrion, on behalf of the Republic of Ecuador in his capacity as Attorney General (collectively "the Republic"), bring this action for discovery for use in a foreign proceeding under 28 U.S.C. § 1782. The Republic moves to compel the production of documents from Respondent Dr. Michael A. Kelsh. Dkt. No. 40. The Court issues this interim order directing an *in camera* review of all documents listed in Respondents' privilege log as follows:

1. Respondents are ordered to produce for *in camera* review all documents identified in Respondents' privilege log on or before December 23, 2011. (Respondents submitted to the Court the identified documents by CD at the conclusion of the hearing).

2. The Republic's request for extended deposition time of Dr. Kelsh is denied

without prejudice pending the Court's *in camera* review. The Republic may proceed with Dr. Kelsh's deposition. If, after the *in camera* review, the Court orders further documents to be produced, The Republic may seek additional deposition time of Dr. Kelsh only as to the additionally produced documents and information.

   3. The Court will issue further guidance upon completing its *in camera* review.

   4. The parties are ordered to confer further concerning Request for Production No. 4, seeking documents relating to Dr. Kelsh's compensation. *See* Dkt. No. 40 at 19. If Respondents have not produced documents responsive to this request by January 6, 2012, they are ordered to show cause why they should not be sanctioned for failure to comply with a discovery request.

   IT IS SO ORDERED.

DATED: December 21, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

2