# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re the Application of:<br><br>THE REPUBLIC OF ECUADOR and DR. DIEGO GARCIA CARRION,<br><br>Applicants,<br><br>For the Issuance of a Subpoena Under 28 U.S.C. § 1782 to Dr. MICHAEL A. KELSH for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding.<br><br>AND RELATED CASES | Case No. 11-mc-80171 CRB (NC)<br><br>**ORDER RE: CHEVRON CORPORATION, DR. MICHAEL A. KELSH, AND EXPONENT, INC.'S MOTION FOR AN EXTENSION OF THE STAY OF THIS COURT'S MARCH 9, 2012 ORDER PENDING APPELLATE REVIEW; OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 65, 69, 70<br><br>Related Cases:<br><br>10-mc-80324 CRB (NC)<br>10-mc-80087 CRB (NC)<br>11-mc-80110 CRB (NC)<br>11-mc-80225 CRB (NC)<br>11-mc-80172 CRB (NC) |

Respondents Chevron Corporation, Dr. Michael A. Kelsh, and Exponent, Inc. seek an order for an extension of the stay of this Court's March 9, 2012 order pending appellate review; or, in the alternative, motion for protective order. Dkt. No. 65. The Court granted in part respondents' initial stay motion on March 30, 2012. Dkt. No. 64.

On April 10, 2012, the Court granted respondents' motion to shorten time to decide respondents' motion for an extension of the stay, allowing the Republic to respond to the extension of stay motion on or before April 12, 2012. *See* Dkt. No. 68.

Case No. 11-mc-80171 CRB (NC)
ORDER RE: EXTENSION OF STAY

1     The Court responds to the parties' letters, Dkt. Nos. 69 and 70, seeking clarification of the Court's order granting respondents' motion to shorten time to decide respondents' motion for an extension of the stay.

    The Court orders an extension of the stay pending District Court review of respondents' objections to this Court's March 9, 2012 order granting in part and denying in part the Republic's motion to compel, or until further order of the Court.

    A discovery status conference will be held on May 2, 2012 at 10:00 a.m. in Courtroom A, 15th Floor, San Francisco before Magistrate Judge Nathanael Cousins.

    IT IS SO ORDERED.

DATED: April 11, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge