IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Applications of:<br><br>THE REPUBLIC OF ECUADOR and DR. DIEGO GARCIA CARRION, the Attorney General of the Republic of Ecuador,<br><br>        Applicants,<br><br>For the Issuance of Subpoenas Under 28 U.S.C. § 1782 to Dr. Michael A. Kelsh and Exponent, Inc. d/b/a Delaware Exponent, Inc.,<br><br>        Respondents. | No.   C 11-80171 CRB<br><br>**ORDER DENYING MOTION FOR RELIEF FROM CERTAIN ASPECTS OF MAGISTRATE JUDGE COUSINS'S MARCH 9, 2012 ORDER** |

Pursuant to Federal Rule of Civil Procedure 72(a), and Civil Local Rule 72-2, the Court DENIES the Motion for Relief from Certain Aspects of Magistrate Judge Cousins's March 9, 2012 Order (dkt. 59) and AFFIRMS the March 9, 2012 Order Granting in Part and Denying in Part Applicants' Motion to Compel Production of Documents from Dr. Michael A. Kelsh (dkt. 58) in all respects.

**IT IS SO ORDERED.**

Dated: April 12, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\80171\order re mot for relief 3-9-12.wpd