UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the Application of: | Case No. 11-mc-80171 CRB (NC) |
| THE REPUBLIC OF ECUADOR and DR. DIEGO GARCIA CARRION, | **ORDER REGARDING DISCOVERY CONFERENCE** |
| Applicants, | Dkt. 78 |
| For the Issuance of a Subpoena Under 28 U.S.C. § 1782 to Dr. MICHAEL A. KELSH for the Taking of a Deposition and the Productionof Documents in a Foreign Proceeding. | |
| AND RELATED CASES | |

In response to the Applicant's letter brief, Dkt. No. 78, the Court orders as follows: The topics for the discovery status conference on May 2, 2012 shall include (i) whether this Court has jurisdiction to modify or extend its prior rulings (Dkt. Nos. 64, 71) concerning a stay of discovery pending appellate review; and (ii) whether this Court should modify or extend its prior stay of discovery. The parties may participate by telephone by contacting the Courtroom Deputy, 415.522.2039, in advance of the conference.

IT IS SO ORDERED.

Dated: April 26, 2012

Nathanael Cousins
UNITED STATES MAGISTRATE JUDGE